Docusign Envelope ID: 401CE074-F978-4C89-946D-CBAA50915219

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KHALIA HAYSLETT,

                Plaintiff

    -against

RENO CAPITAL LLC AND DR. MARTENS
AIRWAIR USA LLC.,

                Defendants

Docket No. 1:24-CV-06344
(NCM)(JRC)

**STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(A)(1)(A)(II)**

**WHEREAS,** on September 10, 2024, Plaintiff Khalia Hayslett ("Plaintiff") commenced the action entitled *Khalia Hayslett v Reno Capital LLC and Dr Martens AirWair USA LLC*, Docket No 1:24-cv-06344, which alleged claims of discrimination for persons with disabilities at the property located at 193 Bedford Avenue in Kings County, New York (the "Subject Premises") in violation of Title III of the Americans with Disabilities Act of 1990, 42 U S C §§ 12181 et seq and its implementing regulations ("ADA"); the New York State Human Rights Law, Article 15 of the New York State Executive Law, the New York State Civil Rights Law, § 40 et. seq., the New York City Human Rights Law, and Title 8 of the Administrative Code of the City of New York; common law negligence and seeks injunctive relief (the "Action");

**WHEREAS,** Defendants Reno Capital LLC ("Reno Capital") and Dr Martens Airwair USA LLC ("Dr Martens") (Reno Capital and Dr Martens collectively "Defendants") dispute the material claims and allegations set forth in the Action, and expressly deny any and all liability or wrongdoing in regard to Plaintiff's claims and allegations;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all Parties in this Action, that whereas no Party is an infant or incompetent person for whom a committee has been appointed or conservatee, and no person not a Party has an interest in the subject matter of this Action, and in resolution of this Action, the Parties

agree that by August 1, 2025, Dr. Martens shall install, maintain and make available for use a temporary and portable ramp of no less than eight feet (8') in length, with rounded railings on both sides and a firm, stable surface, to be properly secured when in use at the Subject Premises during Dr Martens' tenancy at the Subject Premises.

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in this Action by Plaintiff are hereby voluntarily dismissed with prejudice against all Defendants and without costs, fees, or expenses.  This Stipulation may be executed in counterparts, and facsimile, PDF, or electronic signatures shall be deemed to have the same force and effect as originals

Dated  April 28, 2025

**THE PARKER LAW GROUP P.C**      **BRYAN CAVE LEIGHTON PAISNER LLP**

By. _____      By. _____

Glen H. Parker, Esq                 Laurie Belony, Esq.
Attorneys for Plaintiff            Attorney for Defendant
Khalia Hayslett                    Dr. Martens AirWair USA LLC
28 Valley Road                   1290 Avenue of the Americas
Montclair, NJ 07042           New York, NY 10104-3300
Tel 347-292-9042                Tel (212) 541-2000

**ROSENBERG & ESTIS, P.C.**

By· _____

Cori A  Rosen, Esq
Attorneys for Defendant
Reno Capital LLC
733 Third Avenue
New York, NY 10017
Tel (212) 551-8401